# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Balfour Beatty/McCarthy, Joint Venture ) ASBCA No. 58857
)
Under Contract No. W9126G-10-C-0087 )

APPEARANCE FOR THE APPELLANT: Douglas L. Patin, Esq.
Bradley Arant Boult Cummings LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Lloyd R. Crosswhite, Esq.
District Counsel
U.S. Army Engineer District, Fort Worth

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 25 April 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58857, Appeal of Balfour Beatty/McCarthy, Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals